UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

George Grant Couch,

                Petitioner,      Case No. 24-12846

v.                                    Judith E. Levy
                                    United States District Judge

Cargo,

                                    Mag. Judge Patricia T. Morris

                Respondent.

_____/

## ORDER GRANTING PETITIONER'S REQUEST TO EXTEND TIME AND ACCEPTING NOTICE OF APPEAL AS TIMELY FILED

This case comes before the Court on remand from the United States Court of Appeals for the Sixth Circuit for consideration of whether Petitioner George Grant Couch's time for filing a notice of appeal should be extended. (*See* ECF No. 9.) For the reasons set forth below, the Court grants Petitioner's request to extend time to file a notice of appeal.

On June 16, 2025, the Court dismissed Petitioner's petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 for failing to satisfy

the "in custody" requirement and for being untimely. (ECF Nos. 4, 5.) Petitioner then filed a Notice of Appeal postmarked August 2, 2025. (ECF No. 6, PageID.80.) His Notice explains that he did not receive a copy of the judgment until July 1, 2025. (*Id.* at PageID.76.) He attaches his July 9 letter filed in the Sixth Circuit requesting an extension to file his Notice of Appeal. (*Id.* at PageID.78.) The Court construes the Notice of Appeal as a motion for an extension of time to file an appeal.

Federal Rule of Appellate Procedure 4(a)(1) states that a notice of appeal must be filed within 30 days of the entry of the judgment or order from which the appeal is taken. This time limit is mandatory and jurisdictional. *Bowles v. Russell*, 551 U.S. 205, 209–10 (2007). The failure of an appellant to timely file a notice of appeal deprives an appellate court of jurisdiction. *Rhoden v. Campbell*, 153 F.3d 773, 774 (6th Cir. 1998). A party asserting excusable neglect or good cause, however, may seek to extend the time limit if they file a motion for extension of time within 30 days of the time for filing a notice of appeal. *See* Fed. R. App. P. 4(a)(5).

While Petitioner's Notice of Appeal is untimely, he sought to extend the deadline in the Sixth Circuit before the 30-day period

2

expired. The Court, therefore, may consider whether he has asserted good cause or excusable neglect to extend the time limit. Because Petitioner states that he received the judgment late, the Court finds that he has demonstrated good cause to extend the time limit.

Accordingly, the Court GRANTS Petitioner's request to extend the time to file an appeal and finds the Notice of Appeal timely filed.

IT IS SO ORDERED.

Dated: October 15, 2025　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge


### **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 15, 2025.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager